UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
OCT 4, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Celinda Vazquez,

    Plaintiff,

v.

Rockview Mini Mart et al,

    Defendant.

2:18-cv-09597-VAP-KSx

# JUDGMENT

Pursuant to the Order Dismissing Defendants Joanna Goulis and Michael Goulis for Failure to Serve, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Joanna Goulis and Michael Goulis. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 10/4/19

Virginia A. Phillips
Chief United States District Judge