# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 23, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Celinda Vazquez,

    Plaintiff,

v.

Rockview Mini Mart et al,

    Defendant.

2:18-cv-09597-VAP-KSx

# JUDGMENT

Pursuant to the Order dismissing the above case for failure to prosecute, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 10/23/19

Virginia A. Phillips
Chief United States District Judge